■ The People of the State of New York, Respondent, v Charles Monk, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 8, 1978, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Although not a model, the trial court's charge on the issue of causation, to which no exception was taken at trial, was sufficient and violated none of defendant's rights (see *People v Stewart*, 40 NY2d 692). Titone, J. P., Gibbons, Margett and O'Connor, JJ., concur.

■ The People of the State of New York, Respondent, v George Wright, Appellant. — Judgment of the Supreme Court, Kings County, rendered January 3, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Lazer and Cohalan, JJ., concur.

■ In the Matter of William S. Davis, Petitioner. Westchester County Bar Association (Grievance Committee for the Ninth Judicial District), Respondent. — Application by petitioner, who was disbarred by this court's order dated January 7, 1963, under the name W. Scott Davis, for reinstatement as an attorney and counselor at law. By order, dated February 26, 1980, this court referred the matter to the Committee on Character and Fitness, to investigate, hear and report; the application was held in abeyance, pending receipt of said report. The Committee on Character and Fitness has rendered its report and finds that petitioner presently possesses the requisite character and fitness for an attorney and counsel at law and recommends that petitioner be reinstated as an attorney and counselor at law. The report and recommendation of the Character Committee are accepted and confirmed; motion for reinstatement granted and the clerk of this court is directed to restore the petitioner, William S. Davis, to the roll of attorneys and counselors at law forthwith. Mollen, P. J., Hopkins, Damiani, Titone and O'Connor, JJ., concur.